1  ROD M. FLIEGEL, Bar No. 168289
   ANGELA J. RAFOTH, Bar No. 241966
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA 94104
   Telephone:  415.433.1940
4  Fax No.:    415.399.8490

5  Attorneys for Defendants
   THE SALVATION ARMY and THE SALVATION
6  ARMY EL SOBRANTE RESIDENCES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | CASEDRIA PARKER, on behalf of herself | Case No. 3:20-cv-08585
      and all others similarly situated,
11 |                                       | **DEFENDANTS' NOTICE OF REMOVAL**
                      Plaintiff,             **OF ACTION TO FEDERAL COURT**
12 |
              v.                            **[28 U.S.C. §§ 1331, 1332(d), 1441(a) and (b)**
13 |                                         **and 1446]**
   THE SALVATION ARMY, a California
14 | corporation; SALVATION ARMY OF         (San Mateo County Superior Court
   THE UNITED STATES, a New York            Case No. 20-CIV-04787)
15 | corporation; THE SALVATION ARMY
   EL SOBRANTE RESIDENCES, INC., a
16 | California corporation; and DOES 1
   through 50, inclusive,
17 |
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants THE SALVATION ARMY and THE SALVATION ARMY EL SOBRANTE RESIDENCES, INC. ("Defendants") hereby remove this action brought by Plaintiff CASEDRIA PARKER ("Plaintiff") (collectively, the "Parties") in the California Superior Court, County of San Mateo — with reservation of all defenses and rights — to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1331, 1441(a) and (b), and 1446.

## I.   INTRODUCTION

1. On November 2, 2020, Plaintiff Casedria Parker filed a Complaint against Defendants in San Mateo County Superior Court entitled "CASEDRIA PARKER, on behalf of herself and all others similarly situated v. THE SALVATION ARMY, a California corporation; SALVATION ARMY OF THE UNITED STATES, a New York corporation; THE SALVATION ARMY EL SOBRANTE RESIDENCES, INC., a California corporation; and DOES 1 through 50, inclusive, Case No. 20-CIV-04787 (hereinafter the "State Court Action").

## II.   REMOVAL IS TIMELY

2. This Notice of Removal is timely because Defendants are filing the Notice of Removal within 30 days from the date on which the Summons was deemed effectively served. *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999). A true and correct copy of the Complaint, Summons, and all other process that have been served on Defendants to initiate the State Court Action is attached hereto as **Exhibit A**. Service on THE SALVATION ARMY and THE SALVATION ARMY EL SOBRANTE RESIDENCES, INC. was completed on November 4, 2020, and proofs of service were filed with San Mateo County Superior Court on November 6, 2020. Thus, in accordance with 28 U.S.C. § 1446(b), Defendants are timely filing this Notice of Removal within 30 days of service. Named Defendant SALVATION ARMY OF THE UNITED STATES has not been served as of this filing to the best of Defendants' knowledge and no proof of service as to that entity has been filed.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.    Case No. 3:20-cv-08585
NOTICE OF REMOVAL TO FEDERAL COURT

### III. REMOVAL JURISDICTION BASED ON THE PRESENTATION OF A FEDERAL QUESTION

3.  Plaintiff's Complaint alleges violations of the federal Fair Credit Reporting Act, 15 U.S.C § 1681, *et seq.* ("FCRA").  Plaintiff contends that "Defendant did not provide legally compliant disclosure and authorization forms to Plaintiff and the putative class as they contained extraneous and superfluous language.  Additionally, the inclusion of the extraneous provisions causes the disclosure to fail to be 'clear and conspicuous' and 'clear and accurate,' and thus violates Sections 1681b(b)(2)(A) and 1681d(a)." (Complaint, ¶ 25.)  Plaintiff further alleges that "Defendant did not [provide] the disclosure and authorization forms properly and accurately provide a summary of rights and the law under the FCRA." (Complaint, ¶ 27.)  Plaintiff therefore alleges two causes of action for (1) Failure to Provide Proper Disclosure Under the FCRA, 15 U.S.C. § 1681b(b)(2)(A) (Complaint, ¶¶ 28-48), and (2) Failure to Give Proper Summary of Rights In Violation of the FCRA, 15 U.S.C. §§ 1681d(a)(l) and 1681g(c).  (Complaint, ¶¶ 49-62).  Thus, the State Court Action is removable to this Court because it has original jurisdiction over the federal questions presented by Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1331 and 1441(a).

4.  By filing the Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction, venue, or any other defenses available at law, in equity or otherwise.  Defendants intend no admission of fact or law by this Notice and expressly reserve all defenses and motions.

### IV. VENUE IS PROPER

5.  The district and division embracing the place where the State Court Action is pending is the San Francisco or Oakland Division of this Court.  *See* 28 U.S.C. §§ 84(a) and 1441(a).

### V. INTRADISTRICT ASSIGNMENT

6.  The State Court action was filed in the County of San Mateo, and Plaintiff's employment and related actions giving rise to this action took place in Contra Costa County.  Therefore, this matter shall be assigned to the San Francisco or Oakland Division.  Northern District Local Rule 3-2(c), (d), 3-5(b).

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.

Case No. 3:20-cv-08585

NOTICE OF REMOVAL TO FEDERAL COURT

## VI. EXHIBITS

7. Pursuant to 28 U.S.C. § 1446(a), the following are attached as Exhibits hereto: A copy of the Complaint, Summons, and the Civil Case Cover Sheet that have been served on Defendants to initiate the State Court Action is attached hereto as **Exhibit A**. A copy of the Court's Class Action Complex Notice is attached hereto as **Exhibit B**. A copy of the Proofs of Service filed by Plaintiff with the Court reflecting service on Defendants on November 4, 2020, of the pleadings initiating the State Court Action is attached hereto as **Exhibit C**. A copy of the Superior Court's Order Reassigning Complex Case and associated affidavit of mailing is attached hereto as **Exhibit D**. A copy of the Answer to the Complaint filed in the State Court Action December 3, 2020, is attached hereto as **Exhibit E**.

## VII. NOTICE TO PLAINTIFF AND STATE COURT

8. Promptly after the filing of this Notice of Removal in this Court, written notice of such filing will be given by the undersigned to Plaintiff's counsel of record, and a copy of the Notice of Removal, including exhibits, will be filed with the San Mateo County Superior Court Clerk, as required by 28 U.S.C. § 1446(d).

9. Counsel for Defendants has signed this Notice of Removal in compliance with the requirements of 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, based on the foregoing, Defendants give notice that they have removed to this Court the Action now pending in San Mateo County Superior Court.

Dated: December 4, 2020

/s/ Angela J. Rafoth
ROD M. FLIEGEL
ANGELA J. RAFOTH
LITTLER MENDELSON, P.C.
Attorneys for Defendants THE SALVATION ARMY and THE SALVATION ARMY EL SOBRANTE RESIDENCES, INC.

4820-6594-2739.1 058620.1270

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

3.                            Case No. 3:20-cv-08585
NOTICE OF REMOVAL TO FEDERAL COURT